IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-CV-00077-RLV
(5:11-CR-00064-RLV-DSC-1)

| | |
|---|---|
| KORTNEY JERMAINE MADDOX, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on consideration of Respondent's motion to dismiss Petitioner's motion to vacate, set aside or correct sentence, filed pursuant to 28 U.S.C. § 2255.

Petitioner is advised that he may file a response to the Respondent's motion to dismiss.

**IT IS, THEREFORE, ORDERED** that Petitioner shall have up to and including December 1, 2013 in order to file a response to Respondent's motion to dismiss. (Doc. No. 7).

Signed: October 23, 2013

Richard L. Voorhees
United States District Judge